IN THE UNITED STATES DISTRICT COURT FOR

THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| TROY SANBORN, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | No. CIV-14-1342-W |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | ) ) ) ) | |
| Defendant. | ) ) | |

## ORDER

On October 26, 2015, United States Magistrate Judge Bernard M. Jones issued a Report and Recommendation in this matter and recommended that the decision of the defendant, Carolyn W. Colvin, Acting Commissioner of Social Security ("Commissioner"), to deny disability insurance benefits and supplemental security income to plaintiff Troy Sanborn be affirmed. Sanborn was advised of his right to object to the Report and Recommendation, see Doc. 20 at 20, and the matter now comes before the Court on Sanborn's Objection to the Magistrate's Report and Recommendation [Doc. 21] and the Commissioner's Response to Plaintiff's Objection to the Magistrate's Report and Recommendation [Doc. 22].

Upon de novo review of those findings challenged by Sanborn, the Court concurs with Magistrate Judge Jones' suggested disposition of this matter. The Commissioner's relevant factual findings are supported by substantial evidence in light of the entire record, and she applied the correct legal standards. E.g., O'Dell v. Shalala, 44 F.3d 855, 858 (10th Cir. 1994).

Accordingly, the Court

(1) ADOPTS the Report and Recommendation [Doc. 20] issued on October 26, 2015;

(2) AFFIRMS the Commissioner's decision to deny Sanborn's Applications for Disability Insurance Benefits and Supplemental Security Income; and

(3) ORDERS that judgment in favor of the Commissioner issue forthwith.

ENTERED this 23rd day of December, 2015.

LEE R. WEST
UNITED STATES DISTRICT JUDGE